In the Matter of Kristie Mosbrucker, Alleged to be a mentally Ill Person, State v. Mosbrucker, Kristie (14629). Affirmed. *State v. Adair,* 42 Or App 675, 601 P2d 830 (1979). (602 P2d 349)

Hill v. State Accident Insurance Fund (14544). Reversed and remanded. *Minor v. Delta Truck Lines,* 43 Or App 29, 602 P2d 288 (1979), *rev den* 288 Or 253 (1980). (602 P2d 349, *rev den* 288 Or 519 (1980))

In the Matter of the Marriage of Kramer and Kramer (14756). Reversed and remanded with instructions to enter an order modifying the decree by eliminating the requirement for spousal support, effective as of the date husband filed his motion to modify. *Hadfield and Hadfield,* 40 Or App 109, 594 P2d 433 (1979); ORS 107.135. The trial court order awarding attorney's fees to wife is reversed. Costs to appellant. (602 P2d 350)

In the Matter of the Marriage of Travis and Travis (14442). The decree of the trial court denying respondent's motion for change of custody is affirmed; the order of the trial court awarding attorney's fees to petitioner is reversed. No costs to either party on appeal. (602 P2d 350, *rev den* 289 Or 1 (1980))

Converse v. Employment Division (13277). Reversed and remanded. *McPherson v. Employment Division,* 285 Or 541, 519 P2d 1381 (1979); *Oliver v. Employment Division,* 40 Or App 487, 595 P2d 1252 (1979). (602 P2d 351)

Bissonnette v. Roseburg Lumber Company (13734). Reversed. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149 (1978). (602 P2d 683, *rev den* 288 Or 527 (1980))

In the Matter of the Marriage of Hilty and Hilty (14391). Affirmed. *See Whitcomb and Whitcomb,* 40 Or App 583, 595 P2d 846, *rev den* (1979). No costs to either party. (602 P2d 351)

LeBeau v. Adult and Family Services Division (14957). Affirmed. *Brown v. Lobdell,* 36 Or App 397, 585 P2d 4 (1978), *rev den* 285 Or 1 (1979). (602 P2d 351, *rev den* 288 Or 519 (1980))

State v. Handy, Linda Donnell (13744). Affirmed. *State v. Applegate,* 39 Or App 17, 591 P2d 371, *rev den* 287 Or 301 (1979). (602 P2d 352)

State v. Davis, Carlena Marie (14377). Reversed and remanded for trial. *State v. Nussbaum,* 261 Or 87, 491 P2d 1013 (1971); *State v. Shadley/Spencer/Rowe,* 16 Or App 113, 517 P2d 324 (1973). (602 P2d 352, *rev den* 288 Or 701 (1980))

State v. Palaia, John Henry (14049). Affirmed. *State v. Cloutier,* 286 Or 579, 596 P2d 1278 (1979); *State v. Applegate,* 39 Or App 17, 591 P2d 371, *rev den* 287 Or 301 (1979). (603 P2d 780, *rev den* 288 Or 335 (1980))

Dexter Lake Trailer Park, Inc. v. Badger (14701). Affirmed. Supreme Court and Court of Appeals Rules of Appellate Procedure, Rule 25.10 and Rule 25.15. (602 P2d 352))